**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00968-CR

_____

## IN RE JESSE PRATHER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Jesse Prather, proceeding pro se, filed a petition for writ of mandamus asking that we compel the trial court to grant his motion to investigate fraud on the court by the district attorney.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8.

## PER CURIAM

---

[1] The underlying case is *The State of Texas v. Jesse Prather*, cause number 1867291, pending in the 495th District Court of Harris County, Texas.

Panel consists of Justices Kelly, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).